Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __Blake Stone LLC__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) __Interested Party (Winning Bidder at Foreclosure Sale).__

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __Text order endorsed on calendar dated 12/4/17__

2. State the date on which the judgment, order, or decree was entered: __12/11/17__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Reginald Woodard__  Attorney: __None - Party Died in 2012__
   __24 E 58th Street__
   __Brooklyn, NY 11203__

2. Party: __Blake Stone LLC__  Attorney: __Stim & Warmuth, P.C.__
   __2 Eighth Street__
   __Farmingville, NY 11738__
   __631-732-2000__

\* See attached page for additional parties.

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____        Date: _____12/18/17_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
GLENN P. WARMUTH
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
631-732-2000

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## ADDITIONAL PARTIES

KESHA WOODARD
As Administrator of the
Estate of Reginald Woodard
24 E 58 Street
Brooklyn, NY 11203

MARIANNE DEROSA, ESQ.
Standing Chapter 13 Trustee
125 Jericho Turnpike
Suite 105
Jericho, NY 11753
516-622-1340

US TRUSTEES OFFICE
201 Varick Street
Suite 1006
New York, NY 10014
212-510-0500

WILLER VALERUS
Filer
24 E 58 Street
Brooklyn, NY 11203

CALIBER HOME LOANS
3701 Regent Boulevard
Irving TX, 75063

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for U.S. Bank NA as Trustee
for LSF9 Master Participation Trust
51 East Bethpage Road
Plainview, NY 11803
516-741-2585

THOMAS J. STOCK, ESQ.
Referee
88 Second Street
Mineola, NY 11501
516-747-2478

blak-23

**Subject:** Ch-13 1-17-44324-nhl Hearing Held (Document BK & AP) Re: Reginald Woodard
**From:** BKECF_LiveDB@nyeb.uscourts.gov
**Date:** 12/11/2017 3:10 PM
**To:** CourtMail@nyeb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from agh entered on 12/11/2017 at 2:26 PM EST and filed on 12/06/2017
**Case Name:**       Reginald Woodard
**Case Number:**    1-17-44324-nhl
**Document Number:**

**Docket Text:**
Hearing Held; Appearance: Glenn P Warmuth (Counsel to Movant); Motion Denied, SO ORDERED BY s/Nancy Hershey Lord. Endorsed on calendar dated 12/4/2017. (This is a text Order, no document is attached). (related document(s): [19] Motion to Reopen Chapter 13 Case filed by Blake Stone LLC, [20] Motion for Relief From Stay filed by Blake Stone LLC, [21] Affirmation in Support filed by Blake Stone LLC, [22] Memorandum of Law in Support filed by Blake Stone LLC) (ahoward)

The following document(s) are associated with this transaction:


**1-17-44324-nhl Notice will be electronically mailed to:**

Marianne DeRosa
Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com

Seung Woo Lee on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
slee@rosicki.com, ecfnotice@rosicki.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Tammy L Terrell Benoza on behalf of Creditor SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION
bankruptcy@feinsuch.com

Glenn P Warmuth on behalf of Interested Party Blake Stone LLC
gpw@stim-warmuth.com, pjw@stim-warmuth.com

**1-17-44324-nhl Notice will not be electronically mailed to:**

Reginald Woodard
24 E 58 Street
Brooklyn, NY 11203